# EXHIBIT A

Serviceaide, Inc
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998

serviceaide

[redacted]
PATRICIA BARCLAY
[redacted]
BUFFALO, NY 14203-[redacted]
[redacted]

[redacted]

May 9, 2025

[redacted]

**NOTICE OF SECURITY INCIDENT**

Dear PATRICIA BARCLAY:

Serviceaide, Inc. ("Serviceaide") is a provider of information technology support management services to Catholic Health from where your may have received medical care. Serviceaide is writing to inform you of an event that may have impacted the privacy of some of your personal information. Although at this time there is no indication that your information has been accessed or used to commit identity theft or fraud in relation to this event, we are providing you with information about the event, our response, and steps you may take to help protect your information, should you feel it necessary to do so.

**What Happened?** On November 15, 2024, Serviceaide learned that certain information within its Catholic Health Elasticsearch database was inadvertently made publicly available. In response, we promptly took steps to secure Catholic Health's Elasticsearch database and initiated an investigation into the nature and scope of the event. The investigation determined that between September 19, 2024 and November 5, 2024, certain patient information was publicly available. Please note, the investigation did not identify any evidence that information was copied, but we are unable to rule out this type of activity. As such, a data review vendor was engaged to conduct a comprehensive and time-intensive review of the potentially impacted data to identify any personal health information contained therein and to whom that information relates. On March 20, 2025, we received the results of this extensive review process from the data review vendor. Since then, we have engaged in additional work to review and verify the information and locate address information for the potentially impacted population. We recently completed this analysis and confirmed that certain information related to you was contained within the potentially impacted data.

**What Information Was Involved?** The review determined the universe of potential information present in the impacted data may include name, Social Security number, date of birth, medical record number, patient account number, medical/health information, health insurance information, prescription/treatment information, clinical information, provider name, provider location, and email/username and password. While we are unaware of any actual or attempted misuse of your information as a result of this event, we are notifying you out of an abundance of caution.

***What We Are Doing.*** The confidentiality, privacy, and security of personal information within our care are among Serviceaide's highest priorities. Upon learning of this event, we secured the Catholic Health Elasticsearch database, investigated what happened, and reviewed the potentially impacted data to identify any individuals that may have been affected. As part of our ongoing commitment to the privacy of information in our care, we have implemented additional security measures to further protect against similar events occurring in the future. We also reported this event to applicable government regulators, including the U.S. Department of Health and Human Services.

Additionally, we are offering credit monitoring and identity theft protection services for twelve (12) months through Cyberscout, a TransUnion company, at no cost to you. Please note that you will not be automatically enrolled in these services. Should you wish to do so, you will need to enroll yourself in these services, as we are not able to do so on your behalf. You may find instructions on how to enroll in these services in the enclosed *Steps You Can Take to Hel Protect Personal Information*.

***STEPS YOU CAN TAKE TO HELP PROTECT PERSONAL INFORMATION***

**Enroll in Credit Monitoring and Restoration**

To enroll in Credit Monitoring services at no charge, please log on to https://bfs.cyberscout.com/activate and follow the instructions provided. When prompted please provide the following unique code to receive services: [redacted]n order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account and may not be available to minors under the age of 18 years of age. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

[redacted]

**Monitor Your Accounts**

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228. You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

[redacted]

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a credit freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report. To request a security freeze, you may need to provide the following information, depending on whether the request is made online, by phone, or by mail:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus listed below:

| Equifax | Experian | TransUnion |
|---|---|---|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-833-799-5355 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

**Additional Information**

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or your state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. You can obtain further information on how to file such a complaint by way of the contact information listed above. You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and your state Attorney General. This notice has not been delayed by law enforcement.

*For District of Columbia residents*, the District of Columbia Attorney General may be contacted at: 400 6th Street, NW, Washington, DC 20001; 202-727-3400; and oag.dc.gov. Serviceaide is located at 2445 Augustine Drive, Suite 150, Santa Clara, CA 95054.

*For Maryland residents*, the Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-410-528-8662 or 1-888-743-0023; and https://www.marylandattorneygeneral.gov/. Serviceaide is located at 2445 Augustine Drive, Suite 150, Santa Clara, CA 95054. Serviceaide can be contacted at 2445 Augustine Drive, Suite 150, Santa Clara, CA 95054.

*For New Mexico residents*, you have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in your credit file has been used against you, the right to know what is in your credit file, the right to ask for your credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to your file is limited; you must give your consent for credit reports to be provided to employers; you may limit "prescreened" offers of credit and insurance you get based on information in your credit report; and you may seek damages from violator. You may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. We encourage you to review your rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents*, the New York Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov/.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov. Serviceaide can be contacted a 2445 Augustine Drive, Suite 150, Santa Clara, CA 95054.

*For Rhode Island residents*, the Rhode Island Attorney General may be reached at: 150 South Main Street, Providen RI 02903; www.riag.ri.gov; and 1-401-274-4400. Under Rhode Island law, you have the right to obtain any pol report filed in regard to this incident. There are 12 Rhode Island residents impacted by this incident.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your credit reports for suspicious activity and to detect errors. Please review the enclosed *Steps You Can Take to Help Protect Personal Information* for useful information on what you can do to better protect against possible misuse of your information. There you will also find more information on the complimentary credit monitoring and identity protection services we are making available to you, free of cost.

**For More Information.** We understand that you may have questions about this incident that are not addressed in this letter. If you have additional questions or need assistance, please call our dedicated assistance line at 1-833-998-5584 between the hours of 8:00am - 8:00pm, Eastern Time, Monday through Friday (excluding major U.S. holidays). You may also write to Serviceaide at 2445 Augustine Drive, Suite 150, Santa Clara, CA 95054.

We sincerely regret any inconvenience or concern this event may cause you. Protecting your information is very important to us, and we remain committed to safeguarding the information in our care.

Sincerely,

Serviceaide, Inc.

[redacted]